DION N. COMINOS (SBN: 136522)
*dcominos@gordonrees.com*
MARK C. RUSSELL (SBN: 208865)
*mrussell@gordonrees.com*
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
FOCUS RECEIVABLES MANAGEMENT, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN PARKER,<br><br>   Plaintiff,<br><br>vs.<br><br>FOCUS RECEIVABLES MANAGEMENT, LLC,<br><br>   Defendant. | CASE NO. **3:09-CV-02660-JL**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>**Fed. R. Civ. P. 41(A)(1)**<br><br>Complaint Filed: June 15, 2009 |

  Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, STEPHEN PARKER and Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, stipulate, and the Court hereby orders, as follows:

  1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, STEPHEN PARKER, against Defendant, FOCUS RECEIVABLES MANAGEMENT, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: November 24, 2009                    GORDON & REES LLP

                                            By: /s/ Mark C. Russell
                                            _____
                                            MARK C. RUSSELL
                                            Attorneys for Defendant:
                                            FOCUS RECEIVABLES
                                            MANAGEMENT, LLC


Dated: November 24, 2009                    KROHN & MOSS, LTD.

                                            By: /s/ Thomas Martin
                                            _____
                                            TOM MARTIN
                                            Attorneys for Plaintiff:
                                            STEPHEN PARKER


THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated: November 24, 2009

_____
The Honorable James Larson
United States District Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111